UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

SELWYN SMITH
 a/k/a Ced
THOMAS PETERSON
JAMES ROSS
 a/k/a Ank
NATHANIEL GARVIN
 a/k/a Nate

CASE NO. 3:05-cr-234-J-32MCR
Ct. 1: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 846
Ct. 2: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) and 18 U.S.C. § 2

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From in or about mid 2001 through in or about late 2004, at Jacksonville and Volusia County, in the Middle District of Florida; Miami, Florida; Atlanta, Georgia; Texas; Lousiana, and elsewhere,

SELWYN SMITH
 a/k/a Ced
THOMAS PETERSON
JAMES ROSS
 a/k/a Ank
NATHANIEL GARVIN
 a/k/a Nate

the defendants herein, did knowingly, willfully and intentionally combine, conspire, confederate and agree together with each other and with other persons who are known and unknown to the grand jury, to distribute cocaine, a Schedule II controlled

substance, the amount of cocaine being five (5) kilograms or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

It was part of the conspiracy that the defendants would perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about June 24, 2003 in Volusia County, in the Middle District of Florida,

SELWYN SMITH
a/k/a Ced
THOMAS PETERSON
JAMES ROSS
a/k/a Ank

the defendants herein, did knowingly, willingly, and intentionally possess, cause to be possessed and aid and abet in the possession with intent to distribute cocaine, a Schedule II controlled substance, the amount of cocaine being 500 grams or more.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

## FORFEITURE

Through violations of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and 846, alleged in Counts One through Two of this

Indictment, punishable by imprisonment for more than one year, which counts are realleged and incorporated as if more fully set forth herein, the defendants, SELWYN SMITH, a/k/a Ced, THOMAS PETERSON, JAMES ROSS, a/k/a Ank, NATHANIEL GARVIN, a/k/a Nate, did obtain, use or intend to use:

A. Property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violations;

B. Property used and intended to be used in any manner or part to commit and facilitate the commission of such violations; thereby making the defendant's interests, claims and contractual rights in said property forfeitable to the United States, pursuant to Title 21, United States Code, Section 853, upon conviction.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant --

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

The above-described property is forfeitable to the United States pursuant to Title 21, United States Code, Section 853.

3

A TRUE BILL,

_____
Foreperson

PAUL I. PEREZ
United States Attorney

By: _____
JULIE HACKENBERRY SAVELL
Assistant United States Attorney

By: _____
RONALD T. HENRY
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34   APR 1991

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

SELWYN SMITH
a/k/a Ced
THOMAS PETERSON
JAMES ROSS
a/k/a Ank
NATHANIEL GARVIN
a/k/a Nate

## INDICTMENT

Violations:

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 846
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) and 18 U.S.C. § 2

A true bill,

_____
Foreperson

Filed in open court this 20th day
of July, A.D. 2005.

_____
Clerk

Bail $ _____

GPO 863 525