UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2005 JUL 20 P 4: 13

UNITED STATES OF AMERICA

v.                              Case No. 3:05-cr- 234-J-32MCR

THOMAS PETERSON

## MOTION FOR CAPIAS

The United States of America, by Paul I. Perez, United States Attorney for the Middle District of Florida, moves this Court to issue a capias for THOMAS PETERSON against whom an indictment was returned in the Jacksonville Division of the Middle District of Florida.

Respectfully submitted,

PAUL I. PEREZ
United States Attorney

By: _____
JULIE HACKENBERRY SAVELL
Assistant United States Attorney
Bar No. 0094201
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202-4270
Telephone: (904) 301-6300
Facsimile: (904) 301-6310